**United States District Court**
For the Northern District of California

**\*E-FILED 06-17-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN LEMUS, on behalf of himself and similarly situated others, | No. C10-00880 HRL |
| Plaintiff, | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | **ORDER TO SHOW CAUSE RE SANCTIONS** |
| DOUGLAS CLARK dba CLARK'S HARDWOOD FLOORS and DOES 1-10, | |
| Defendants. | |

Plaintiff filed this action on March 2, 2010. On May 21, 2010, the court granted defendant's unopposed request to continue the case management conference to June 22, 2010 and directed the parties to file their joint case management statement by June 15, 2010. (See Docket No. 10). On June 16, 2010, defendant filed a separate case management statement in which he advises that plaintiff's counsel failed to respond to efforts to prepare a joint case management statement, among other things. To date, plaintiff has failed to file a case management statement as required by Civil Local Rule 16-9 and this court's May 21, 2010 order.

Accordingly, the initial case management conference set for June 22, 2010 is **continued to June 29, 2010, 1:30 p.m.** The parties' joint case management statement shall be filed no later than **June 22, 2010**.

1   Additionally, plaintiff's counsel, Adam Wang, shall appear at the June 29, 2010 case
2 management conference and show cause, if any, why he should not be sanctioned or why this
3 case should not be dismissed for failure to prosecute and failure to comply with this court's
4 order.
5   SO ORDERED.
6 Dated:   June 17, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-00880-HRL Notice has been electronically mailed to:

2  Adam Wang     adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com

3  Pascal Anastasi     pascal@anastasiesq.com

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.