*E-FILED 06-29-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN LEMUS, on behalf of himself and similarly situated others,<br><br>      Plaintiff,<br>  v.<br><br>DOUGLAS CLARK dba CLARK'S HARDWOOD FLOORS and DOES 1-10,<br><br>      Defendant. | No. C10-00880 HRL<br><br>**ORDER RE SANCTIONS** |

On June 17, 2010, this court issued an order directing plaintiff's counsel, Adam Wang, to appear on June 29, 2010 and show cause, if any, why he should not be sanctioned or why this case should not be dismissed for failure to prosecute and failure to comply with this court's May 21, 2010 order. Counsel appeared at the show cause hearing, but offered no explanation for his lack of attention to this matter. Accordingly, this court finds no good cause for the above-described failures, which are entirely attributable to the carelessness of plaintiff's counsel. The court will not dismiss the action; however, it will impose monetary sanctions against plaintiff's counsel. Accordingly, Adam Wang, is sanctioned in the amount of $250.00 to be paid forthwith to the Clerk of the Court.

SO ORDERED.

Dated:   June 29, 2010



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-00880-HRL Notice has been electronically mailed to:

2  Adam Wang     adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com

3  Pascal Anastasi     pascal@anastasiesq.com

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

2