**United States District Court**
For the Northern District of California

1

2                                                              *E-FILED 04-11-2011*

3

4

5

6

7                                           NOT FOR CITATION

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                         SAN JOSE DIVISION

11

12   BENJAMIN LEMUS, on behalf of himself and          No. C10-00880 HRL
     similarly situated others,

13              Plaintiff,                              **ORDER TO SHOW CAUSE RE
        v.                                             SETTLEMENT**

14

15   DOUGLAS CLARK dba CLARK'S
     HARDWOOD FLOORS and DOES 1-10,

16              Defendant.
                                                  /

17

18          The court is informed that the parties have reached a settlement.  Accordingly, all

19   pretrial and trial dates are vacated.

20          **On or before May 31, 2011**, the parties shall file a stipulated dismissal pursuant to

21   Fed.R.Civ.P. 41(a).  If a dismissal is not filed by the specified date, all parties shall appear in

22   Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA

23   95113 on **June 14, 2011, 10:00 a.m.** and show cause, if any, why the case should not be

24   dismissed pursuant to Fed.R.Civ.P. 41(a).  The parties shall file a statement in response to this

25   Order to Show Cause **no later than June 7, 2011**.  The joint statement shall state (1) the status

26   of the activities of the parties in finalizing settlement; and (2) how much additional time, if any,

27   is requested to finalize the settlement and file the dismissal.  If a voluntary dismissal is filed as

28   ordered, the Order to Show Cause hearing will be automatically vacated and the parties

1    need not file a joint statement in response to this Order.

2        SO ORDERED.

3    Dated:    April 11, 2011

4    _____
     HOWARD R. LLOYD
     UNITED STATES MAGISTRATE JUDGE

**United States District Court**

For the Northern District of California

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   5:10-cv-00880-HRL Notice has been electronically mailed to:

2   Adam Wang     adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com

3   Pascal Anastasi     pascal@anastasiesq.com

4   Counsel are responsible for distributing copies of this document to co-counsel who have
    not registered for e-filing under the court's CM/ECF program.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California