*E-FILED 06-08-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN LEMUS, on behalf of himself and similarly situated others,<br><br>　　　　Plaintiff,<br>　v.<br><br>DOUGLAS CLARK dba CLARK'S HARDWOOD FLOORS and DOES 1-10,<br><br>　　　　Defendant.<br>                                                                    / | No. C10-00880 HRL<br><br>**ORDER (1) REFERRING PARTIES TO MAGISTRATE JUDGE GREWAL FOR A FURTHER SETTLEMENT CONFERENCE; AND (2) CONTINUING JUNE 14, 2011 SHOW CAUSE HEARING** |

Having reviewed the parties' joint response to this court's April 11, 2011 Order to Show Cause re Settlement, this court orders as follows:

　　　1.　　The parties are referred to Magistrate Judge Grewal for a further settlement conference. The parties shall promptly contact his chambers to schedule a further conference to take place within the next 60 days, depending on Judge Grewal's availability.

　　　2.　　If the parties resolve the remaining issues, they shall file a voluntary dismissal no later than **August 23, 2011**. If a dismissal is not filed by that date, then the parties shall file an updated joint statement re the status of their settlement by **August 30, 2011**. The June 14, 2011 show cause hearing is continued to **September 6, 2011, 10:00 a.m.** If a voluntary dismissal is filed, then the Show Cause hearing will be automatically vacated and the parties need not file an

1   updated joint statement.

2   SO ORDERED.

3   Dated:   June 7, 2011

4   _____
    HOWARD R. LLOYD
    UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1. 5:10-cv-00880-HRL Notice has been electronically mailed to:
2. Adam Wang     adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com
3. Pascal Anastasi     pascal@anastasiesq.com
4. Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.