*E-FILED: February 23, 2012*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN LEMUS, on behalf of himself and similarly situated others,<br><br>    Plaintiff,<br><br>    v.<br><br>DOUGLAS CLARK dba CLARK'S HARDWOOD FLOORS and DOES 1-10,<br><br>    Defendants. | Case No. C10-00880 HRL<br><br>**ORDER OF DISMISSAL** |

The parties having advised that they have reached a settlement, all pretrial and trial dates are vacated.

IT IS HEREBY ORDERED that this action is dismissed with prejudice. However, if any party certifies to this court, no later than May 23, 2012, with proof of service of a copy on the other party, that the agreed consideration for the settlement has not been delivered or that the settlement has not been consummated as agreed, the foregoing ORDER SHALL STAND VACATED and this cause shall be restored to the calendar and be re-set for trial.

SO ORDERED.

Dated: February 23, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:10-cv-00880-HRL Notice has been electronically mailed to:

Adam Wang    adamqwang@gmail.com, evanrhy@gmail.com, jenniferxyzheng@hotmail.com, rosilenda@gmail.com

Pascal Anastasi    pascal@anastasiesq.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28